UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RAY SMITH,<br>　　　　　Plaintiff,<br>　　v.<br>A. STEIBER, et al.,<br>　　　　　Defendants. | Case No. 19-cv-00019-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to plaintiff Noel Ray Smith's notice of voluntary dismissal (Dkt. No. 34), this federal civil rights action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Because this dismissal is without prejudice, Smith may move to reopen the action.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 29, 2020

_____
WILLIAM H. ORRICK
United States District Judge